**Pepsi-Cola Gen Bot of IN, Inc.**
A PepsiAmericas Company, 1475 E. Woodfield Road STE 1300
Schaumburg IL 60173-5486

| | |
|---|---|
| Pay Group: | AC-Munc/Bloom/Indy/Lipt/Danv Wkly |
| Pay Begin Date: | 08/06/2006 |
| Pay End Date: | 08/12/2006 |
| Business Unit: | 14801 |
| Check #: | 1872011 |
| Check Date: | 08/18/2006 |

Christopher W Owens
89 Maddox Lane
Bedford IN 47421

| | |
|---|---|
| Employee ID: | 625324 |
| Department: | 35110302-Bloomington IN B&C SD-Reg |
| Location: | 351-Bloomington, IN |
| Job Title: | Route Sales Commission |
| Pay Rate: | $1.880000 Hourly |

TAX DATA: Federal / IN State
Marital Status: Married / n/a
Allowances: 0 / 0
Addl. Pct.:
Addl. Amt.:

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Bottle Commission | | | 639.91 | | 4,938.24 |
| Ftn Syrup Commission-National | | | 95.25 | | 637.43 |
| Helper/Other Commission | | | 4.50 | | 36.50 |
| Regular Earnings | 1.880000 | 40.00 | 75.20 | 356.25 | 1,121.99 |
| Overtime | 27.857102 | 12.45 | 274.82 | 38.70 | 716.09 |
| Other Pay - Flat Amount | | | 0.00 | | 20.00 |
| Holiday Pay | | | 0.00 | | 100.00 |
| **Total:** | | **52.45** | **1,089.68** | **394.95** | **7,570.25** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 126.05 | 1,028.76 |
| Fed MED/EE | 15.80 | 109.77 |
| Fed OASDI/EE | 67.56 | 469.36 |
| IN Withholdng | 37.05 | 257.37 |
| IN LAWRENCE Withhol | 0.00 | 0.00 |
| **Total:** | **246.46** | **1,865.26** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical After Tax | 39.00 | 195.00 |
| Union Dues - All P | 20.00 | 40.00 |
| Union - Initiation | 25.00 | 50.00 |
| **Total:** | **84.00** | **285.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical After Tax | 159.00 | 795.00 |
| ADMIN EAP | 6.08 | 54.72 |
| * Taxable | | |

## TOTALS

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,089.68 | 1,089.68 | 246.46 | 84.00 | 759.22 |
| YTD: | 7,570.25 | 7,570.25 | 1,865.26 | 285.00 | 5,419.99 |

### PTO HOURS YTD
Start Balance: 0.0
+ Earned:
+ Bought:
- Taken:
- Sold:
+ Adjustments:

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #1872011 | 759.22 |
| **Total:** | **759.22** |

**CHOICE MORTGAGE FUNDING, INC.**

3634

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Owens, Amanda S, 6470 E. St. Rd. 45, Bloomington, IN 47408 | | | | | -6047 | Married/Withhold | | Fed-0/0/IN-0/0 | |
| | | | | | Pay Period: 08/01/2006 - 08/15/2006 | | | Pay Date: 08/15/2006 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amounts | Paid Time Off | | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly Rate | 88.00 | 9.25 | 814.00 | 9,009.52 | Sick | | 22.00 | 0.00 |
| Commission | 140.00 | 1.00 | 140.00 | 440.00 | | | | |
| Sick Hourly Rate | | | | 203.50 | | | | |
| Overtime Hourly Rate | | | | 20.82 | | | | |
| | | | 954.00 | 9,673.84 | | | | |

| Taxes | Current | YTD Amounts |
|---|---|---|
| IN - Counties Tax | -9.54 | -96.75 |
| Federal Withholding | -62.00 | -546.00 |
| Social Security Employee | -59.15 | -599.78 |
| Medicare Employee | -13.83 | -140.27 |
| IN - Withholding | -32.44 | -328.91 |
| | -176.96 | -1,711.71 |

| Adjustments to Net Pay | Current | YTD Amounts |
|---|---|---|
| Health Insurance Emp (taxable | -53.12 | -1,187.95 |
| Dental Insurance Emp (taxable | -22.31 | -241.45 |
| Insurance Emp -LTD | -2.55 | -20.40 |
| | -77.98 | -1,449.80 |

| Net Pay | 699.06 | 6,512.33 |
|---|---|---|

Choice Mortgage Funding, Inc., 1801 S. Liberty Drive, Suite 201, Bloomington, IN 47403 812-323-9215