Form 23 (10/05)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Christopher Wayne Owens / Amanda Sue Owens**       Case No. **06-91228**
                                                     Debtor(s)    Chapter **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*[Complete one of the following statements.]*

■ I/We, __Christopher Wayne Owens and Amanda Sue Owens__, the debtor(s) in the above-styled case hereby certify that on __09/15/2006__ I/we completed an instructional course in personal financial management provided by __Consumer Credit Counseling Service of Greater Atlanta, Inc.__, an approved personal financial management instruction provider. If the provider furnished a document attesting to the completion of the personal financial management instructional course, a copy of that document is attached.

☐ I/We, ___, the debtor(s) in the above-styled case hereby certify that no personal financial management course is required because:

*[Check the appropriate box.]*

   ☐ I am/We are incapacitated or disabled, as defined in 11 U.S.C.§ 109(h);

   ☐ I am/We are on active military duty in a military combat zone; or

   ☐ I/We reside in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date **September 19, 2006**        Signature  /s/ Christopher Wayne Owens
                                              Christopher Wayne Owens
                                              Debtor

Date **September 19, 2006**        Signature  /s/ Amanda Sue Owens
                                              Amanda Sue Owens
                                              Joint Debtor

Certificate Number: 02114-INS-DE-000810586
Bankruptcy Case Number: 0691228

I CERTIFY that on 09/15/06, at 10:35 o'clock PM EDT, Christopher W Owens completed a course on personal financial management given by <u>by Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District Of Indiana.

Title: <u>  VP External Affairs  </u>                                     Date: <u>09.15.06</u>
By: /<u>s</u>/Ann Morris

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: <u>info@cccsinc.org</u>
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

2

Certificate Number: 02114-INS-DE-000810606
Bankruptcy Case Number: 0691228

I CERTIFY that on 09/15/06, at 11:39 o'clock PM EDT, Amanda S Owens completed a course on personal financial management given by <u>by Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District Of Indiana.

Title:   <u>VP External Affairs</u>                                      Date:  <u>09.15.06</u>
By:  <u>/s/Ann Morris</u>

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

2