UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 102
New Albany, IN 47150

SF00075 (rev 10/2004)

In Re:
   Christopher Wayne Owens
      SSN: xxx−xx−3612   EIN: NA

Case Number:
**06−91228−BHL−7**

Amanda Sue Owens
      SSN: xxx−xx−6047   EIN: NA
Debtor(s)

## NOTICE OF DEFICIENT FILING

The Certification of Financial Management Course, which was filed on October 3, 2006, is deficient in the following respect(s):

> The Certification of Financial Management Course must be filed on the new Form 23 (10/06) which is available at www.insb.uscourts.gov

The above−cited deficiencies must be corrected by October 16, 2006 or the matter will be referred to the Judge for such action as may be appropriate.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: October 04, 2006                            KEVIN P. DEMPSEY, CLERK
                                                        U.S. BANKRUPTCY COURT