**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

```
IN RE:                              )
    OWENS, CHRISTOPHER WAYNE)
                                    )    NO.    06-91228
    OWENS, AMANDA SUE               )
          Debtor(s)                 )
                                    )
```

**MOTION FOR TURN OVER OF BANK STATEMENTS AND 2006 TAX RETURNS**

Comes now the Trustee herein, and moves this Court to enter an Order compelling the debtors to turn over a copy of their bank statements on the petition date, and their 2006 tax returns. In support of this Motion, Trustee states that this documentation is necessary to determine whether there are any assets to administer in this case.

WHEREFORE, Trustee respectfully requests this Court to enter an Order compelling the debtors to turn over a copy of their bank statements on the petition date within ten days, and their 2006 tax returns within ten days of preparing the returns.

Respectfully submitted,

/s/  Kathryn L. Pry, Trustee
P.O. Box 6771
New Albany, IN  47151
812-944-2646
kpry.trustee@insightbb.com

**CERTIFICATE OF MAILING**

I hereby certify that on the 9th   day of October, 2006, I mailed or e-filed a copy of the foregoing Motion to Mark Zuckerberg, 333 N. Pennsylvania Ave.,#100, Indianapolis, IN  46204 and to the United States Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN  46204.

/s/  Kathryn L. Pry, Trustee