Form 6-Summary
(10/05)

# United States Bankruptcy Court
## Southern District of Indiana

In re  Christopher Wayne Owens
       Amanda Sue Owens
                                        Debtor(s)

Case No. 06-91228
Chapter 7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 120,000.00 | | |
| B - Personal Property | Yes | 4 | 43,608.06 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 179,838.09 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 24,370.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,301.06 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,345.00 |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | | Total Assets | 163,608.06 | | |
| | | Total Liabilities | | 204,208.70 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Christopher Wayne Owens**
      **Amanda Sue Owens**
                                                                Debtor(s)

Case No.  **06-91228**
Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

Form B6B
(10/05)

In re **Christopher Wayne Owens,** **Amanda Sue Owens** Case No. __06-91228__
                                                                                                                Debtors

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Durango | J | 19,800.00 |
| | | 1997 Dodge Ram 1500 | J | 5,000.00 |
| | | E-Loan, Inc. - 1999 Jeep Wrangler Sahara | H | 9,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | (2) Dogs, (1) Cat | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >   34,400.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Form B6C
(10/05)

In re  **Christopher Wayne Owens,**
       **Amanda Sue Owens**

Case No. __06-91228__

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 89 Maddox Lane, Bedford IN (3 BR, 2 BA, 1 Story house with 1.37 Acres, No Garage, Built in 1960's, Purchased in 2003 for $90,000.00) | Ind. Code § 34-55-10-2(c)(1) | 0.00 | 120,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| IUCU - checking/savings account #2118914 | Ind. Code § 34-55-10-2(c)(3) | 3.00 | 3.00 |
| IUCU - savings account #30101624 | Ind. Code § 34-55-10-2(c)(3) | 2.00 | 2.00 |
| Fifth Third Bank - checking account #7653076401 | Ind. Code § 34-55-10-2(c)(3) | 253.03 | 253.03 |
| Fifth Third Bank - savings account #9651876709 | Ind. Code § 34-55-10-2(c)(3) | 0.01 | 0.01 |
| Fifth Third Bank - savings account #9651876782 | Ind. Code § 34-55-10-2(c)(3) | 0.01 | 0.01 |
| Fifth Third Bank - savings account #9651876808 | Ind. Code § 34-55-10-2(c)(3) | 0.01 | 0.01 |
| **Household Goods and Furnishings** | | | |
| Household Goods | Ind. Code § 34-55-10-2(c)(2) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| CDs, Baseball Cards | Ind. Code § 34-55-10-2(c)(2) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Clothing | Ind. Code § 34-55-10-2(c)(2) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry | Ind. Code § 34-55-10-2(c)(2) | 150.00 | 150.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| (4) Shotguns, Muzzle Loader, Digital Camera, Golf Clubs | Ind. Code § 34-55-10-2(c)(2) | 400.00 | 400.00 |
| **Interests in Insurance Policies** | | | |
| Policy through Western Southern, in which debtor's dependents are the beneficiaries. | Ind. Code §§ 27-1-12-14, 27-2-5-1(c) | 1,200.00 | 1,200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Dodge Durango | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 19,800.00 |
| 1997 Dodge Ram 1500 | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 5,000.00 |
| E-Loan, Inc. - 1999 Jeep Wrangler Sahara | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 9,600.00 |
| **Animals** | | | |
| (2) Dogs, (1) Cat | Ind. Code § 34-55-10-2(c)(2) | 0.00 | 0.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

Form B6D
(10/05)

In re    **Christopher Wayne Owens,**              Case No.    **06-91228**
         **Amanda Sue Owens**
_____,
                        Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - <u>AMENDED</u>

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 671401360334375 Citifinancial Inc. 891 College Mall Bloomington, IN 47401-6301 | | J | 02/2006 Vehicle Loan 1997 Dodge Ram 1500 Value $ 5,000.00 | | | | 14,928.85 | 9,928.85 |
| Account No. 147754682 E-Loan, Inc. Attn: Bankruptcy Dept. 6230 Stoneridge Mall Rd. Pleasanton, CA 94588 | | H | 06/09/2006 Vehicle Loan E-Loan, Inc. - 1999 Jeep Wrangler Sahara Value $ 9,600.00 | | | | 9,606.00 | 6.00 |
| Account No. 0012799318 HSBC Mortgage Services PO Box 5207 Carol Stream, IL 60197-5207 | | J | 04/2006 Mortgage Location: 89 Maddox Lane, Bedford IN (3 BR, 2 BA, 1 Story house with 1.37 Acres, No Garage, Built in 1960's, Purchased in 2003 for $90,000.00) Value $ 120,000.00 | | | | 119,842.98 | 0.00 |
| Account No. 30101624 Loan #3 IUCU PO Box 368 Bloomington, IN 47402-0368 | | J | 02/2006 Vehicle Loan 2005 Dodge Durango Value $ 19,800.00 | | | | 35,460.26 | 15,660.26 |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | 179,838.09 | |
| | | | Total (Report on Summary of Schedules) | | | | 179,838.09 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                  Best Case Bankruptcy

## DEBTOR(S) AFFIDAVIT TO AMENDMENTS

I/We declare under penalty of perjury that the foregoing amendment(s) contained herein are true and correct.

DATE: 9/4/06         *[signature]*
                     Christopher Wayne Owens

DATE: 9/4/06         *[signature]*
                     Amanda Sue Owens