Form 8
(10/05)

# United States Bankruptcy Court
## Southern District of Indiana

In re: **Christopher Wayne Owens / Amanda Sue Owens**, Debtor(s)

Case No. **06-91228**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☒ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1997 Dodge Ram 1500 | Citifinancial Inc. | X | | | |
| Location: 89 Maddox Lane, Bedford IN (3 BR, 2 BA, 1 Story house with 1.37 Acres, No Garage, Built in 1960's, Purchased in 2003 for $90,000.00) | HSBC Mortgage Services | X | | | |
| 2005 Dodge Durango | IUCU | X | | | |
| E-Loan, Inc. - 1999 Jeep Wrangler Sahara | E-Loan, Inc. | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date **August 31, 2006**    Signature /s/ Christopher Wayne Owens
**Christopher Wayne Owens**
Debtor

Date **August 31, 2006**    Signature /s/ Amanda Sue Owens
**Amanda Sue Owens**
Joint Debtor