# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
|     OWENS, CHRISTOPHER WAYNE) | |
| ) | NO.   06-91228 |
|     OWENS, AMANDA SUE    ) | |
|         Debtor(s)              ) | |
| ) | |

## TRUSTEE'S REPORT OF POSSIBLE ASSETS AND NOTICE OF PROPOSED ABANDONMENT

Kathryn L. Pry, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Bankruptcy Rule 3002(c)(5).

A complete inventory of the property of the Debtor is listed on the attached Form I and made a part hereof.

The Trustee also requests that the Clerk give notice pursuant to Fed.R.Bankr.P. 6007(a) that the Trustee proposes to abandon all property on the attached Form I as exempt, burdensome, over encumbered, of inconsequential value to the estate, or otherwise not suitable for administration EXCEPT: Asset # 14 (2006 federal and state tax refunds), and Asset #2 ( Bank Accounts)

A report of depository is as follows: NONE

DATED: November 14, 2006                     /s/ Kathryn L. Pry, Trustee
                                                                    P.O. Box 6771
                                                                    New Albany, IN 47150
                                                                    812-944-2646
                                                                    kpry.trustee@insightbb.com

**CERTIFICATE OF SERVICE**
I hereby certify that on the 14th day of November, 2006, I mailed, or e-filed, a true and exact copy of the foregoing Report to Mark Zuckerberg, 333 N. Pennsylvania Ave.,#100, Indianapolis, IN 46204 and to the U.S. Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN 46204.

/s/ Kathryn L. Pry, Trustee

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-91228 BHL
**Case Name:** OWENS, CHRISTOPHER WAYNE
OWENS, AMANDA SUE
**Period Ending:** 11/14/06

**Trustee:** (340300)    Kathryn L. Pry
**Filed (f) or Converted (c):** 08/24/06 (f)
**§341(a) Meeting Date:** 10/04/06
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 89 Maddox Lane, Bedford | 120,000.00 | 0.00 | | 0.00 | 120,000.00 |
| 2 | BANK ACCOUNTS | 258.06 | 0.00 | | 0.00 | 258.06 |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | 1,500.00 |
| 4 | BOOKS AND ART OBJECTS | 500.00 | 0.00 | | 0.00 | 500.00 |
| 5 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | 200.00 |
| 6 | Jewelry | 600.00 | 0.00 | | 0.00 | 600.00 |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 400.00 | 0.00 | | 0.00 | 400.00 |
| 8 | INTERESTS IN INSURANCE POLICIES | 1,200.00 | 0.00 | | 0.00 | 1,200.00 |
| 9 | 2005 Dodge Durango | 19,800.00 | 0.00 | | 0.00 | 19,800.00 |
| 10 | 1997 Dodge Ram | 5,000.00 | 0.00 | | 0.00 | 5,000.00 |
| 11 | Animals | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Tools | 1,000.00 | 0.00 | | 0.00 | 1,000.00 |
| 13 | 61" Scaq Lawn Mower | 4,000.00 | 0.00 | | 0.00 | 4,000.00 |
| 14 | 2006 Pro Rated Tax refunds (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 14 Assets | **Totals** (Excluding unknown values) | **$154,458.06** | **$0.00** | | **$0.00** | **$154,458.06** |

**Major Activities Affecting Case Closing:**

Printed: 11/14/2006 12:29 PM    V.8.12

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 06-91228 BHL | Trustee: | (340300) | Kathryn L. Pry |
|---|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Filed (f) or Converted (c): | 08/24/06 (f) | |
| | OWENS, AMANDA SUE | §341(a) Meeting Date: | 10/04/06 | |
| Period Ending: | 11/14/06 | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**              **Current Projected Date Of Final Report (TFR):**