**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

IN RE:                                                       )
    OWENS, CHRISTOPHER WAYNE)
                                                            )         NO.      06-91228
    OWENS, AMANDA SUE              )
        Debtor(s)                              )
                                                            )

**MOTION FOR TURN OVER OF PRO RATED TAX REFUNDS**

    Comes now the Trustee herein, and moves this Court to enter an order compelling the debtors to turn over 65% of all 2006 federal and state tax refunds, subject to an allowance for federal earned income exemptions, to the Trustee, Kathryn L. Pry, within ten days of receipt thereof.  In support of this Motion, Trustee states that sixty-five  percent of the refunds were earned pre petition, and are property of the estate pursuant to 11 U.S.C. Section 541.  These funds must be turned over to the estate for administration.

    WHEREFORE, Trustee respectfully requests this Court to enter an Order compelling the debtors to turn over 65% of all 2006 federal and state tax refunds, subject to an allowance for federal earned income exemptions, to the Trustee, Kathryn L. Pry, within ten days of receipt thereof.

    Respectfully submitted,

    /s/  Kathryn L. Pry, Trustee
    P.O. Box 6771
    New Albany, IN  47151
    812-944-2646
    kpry.trustee@insightbb.com

**CERTIFICATE OF MAILING**
    I hereby certify that on the 14th day of November, 2006, I mailed or e-filed a  copy of the foregoing Motion to Mark Zuckerberg, 333 N. Pennsylvania Ave.,#100, Indianapolis, IN  46204 and to the United States Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN  46204.

/s/  Kathryn L. Pry, Trustee