UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00100 (rev 03/2005)

In Re:
   Christopher Wayne Owens
      SSN: xxx−xx−3612   EIN: NA

Case Number:
**06−91228−BHL−7A**

   Amanda Sue Owens
      SSN: xxx−xx−6047   EIN: NA
   Debtor(s)

## NOTICE

A(n) Motion for Turnover was filed with the Clerk of this Court on November 14, 2006 by Trustee.

   The Trustee moves the Court for an Order compelling the debtors to turn over to the Trustee 65% of all 2006 federal and state tax refunds with ten (10) day of receipt thereof.

NOTICE IS HEREBY GIVEN that any objections to the relief requested in the above−referenced document must be filed in accordance with Local Rule S.D.Ind. B−9013−1 on the Court's web site at http://www.insb.uscourts.gov or in writing with the Clerk's Office and served on the attorney for the filing party by December 07, 2006.

If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

The document referenced above is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  November 15, 2006                        KEVIN P. DEMPSEY, CLERK
                                                                                 U.S. BANKRUPTCY COURT