## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

IN RE:                                                    )
    OWENS, CHRISTOPHER WAYNE)
                                                      )          NO.    06-91228
    OWENS, AMANDA SUE                )
        Debtor(s)                                  )
                                                      )

## MOTION FOR TURN OVER COPY OF FIFTH THIRD BANK CHECKING ACCOUNT PETITION DATE BANK STATEMENT

    Comes now the Trustee herein, and moves this Court to enter an order compelling the debtors to turn over a copy of the Fifth Third Bank statement showing the petition date balance in the checking account. In support of this Motion, Trustee states that this information is needed so that a determination as its value to the bankruptcy estate can be made.

    WHEREFORE, Trustee respectfully requests this Court to enter an Order compelling the debtors to turn over a copy of the Fifth Third Bank statement showing the petition date balance to the Trustee, Kathryn L. Pry, within ten days.

    Respectfully submitted,

/s/  Kathryn L. Pry, Trustee
P.O. Box 6771
New Albany, IN  47151
812-944-2646
kpry.trustee@insightbb.com

**CERTIFICATE OF MAILING**
    I hereby certify that on the 14th day of November, 2006, I mailed or e-filed a copy of the foregoing Motion to Mark Zuckerberg, 333 N. Pennsylvania Ave.,#100, Indianapolis, IN  46204 and to the United States Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN  46204.

/s/  Kathryn L. Pry, Trustee