UNITED STATES BANKRUPTCY COURT  SF00100 (rev 03/2005)
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

In Re:
   Christopher Wayne Owens
      SSN: xxx–xx–3612   EIN: NA                     Case Number:
                                                                       **06–91228–BHL–7A**

   Amanda Sue Owens
      SSN: xxx–xx–6047   EIN: NA
   Debtor(s)

## NOTICE

   A(n) Motion for Turnover was filed with the Clerk of this Court on November 14, 2006 by Trustee.

      The Trustee moves the Court for an Order compelling the debtors to turn over to the Trustee 65% of all 2006 federal and state tax refunds with ten (10) day of receipt thereof.

   NOTICE IS HEREBY GIVEN that any objections to the relief requested in the above−referenced document must be filed in accordance with Local Rule S.D.Ind. B−9013−1 on the Court's web site at http://www.insb.uscourts.gov or in writing with the Clerk's Office and served on the attorney for the filing party by December 07, 2006.

   If no objections are filed, the Court may enter an appropriate order granting the relief requested and such other related relief as may be required without conducting an actual hearing.

   The document referenced above is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:  November 15, 2006                             KEVIN P. DEMPSEY, CLERK
                                                                U.S. BANKRUPTCY COURT

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0756-4          User: jhelton           Page 1 of 1              Date Rcvd: Nov 15, 2006
Case: 06-91228                Form ID: SF00100        Total Served: 2
```

```
The following entities were served by first class mail on Nov 17, 2006.
db         +Christopher Wayne Owens,   89 Maddox Lane,   Bedford, IN 47421-6807
jdb        +Amanda Sue Owens,   89 Maddox Lane,   Bedford, IN 47421-6807
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2006**                    Signature:        *Joseph Speetjens*