UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF07042 (rev 10/2004)

In Re:
   Christopher Wayne Owens
      SSN: xxx−xx−3612   EIN: NA

Case Number:
**06−91228−BHL−7A**

   Amanda Sue Owens
      SSN: xxx−xx−6047   EIN: NA
   Debtor(s)

## ORDER IN ASSET CASE

Pursuant to the Section 341 Meeting of Creditors held in the above−captioned case, the Trustee notified the court that possible assets exist for administration.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of this Court shall be, and hereby is, directed to send out a notice to file claims to all creditors and other parties in interest pursuant to Rule 3002(c)(5) Fed.R.Bankr.P. if no such notice has been sent;
2. The Trustee shall be, and hereby is, directed to file a complete inventory of any property of the debtor(s) pursuant to Rule 2015(a)(1) Fed.R.Bankr.P. within thirty (30) days from the date of this Order, unless an inventory has been filed; and
3. The Trustee shall be, and hereby is, directed to file a report of any property to be abandoned and to give notice of abandonment pursuant to Rule 6007(a) Fed.R.Bankr.P. within thirty (30) days from the date of this Order, unless such report has been filed and such notice has been given.

Dated:  November 15, 2006

JUDGE BASIL H. LORCH III
U.S. BANKRUPTCY COURT

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0756-4          User: jhelton           Page 1 of 1              Date Rcvd: Nov 15, 2006
Case: 06-91228                Form ID: SF07042        Total Served: 2

The following entities were served by first class mail on Nov 17, 2006.
db          +Christopher Wayne Owens,    89 Maddox Lane,    Bedford, IN 47421-6807
jdb         +Amanda Sue Owens,    89 Maddox Lane,    Bedford, IN 47421-6807

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 17, 2006**          Signature: *Joseph Speetjens*