UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF04006 (rev 04/2006)

In Re:
   Christopher Wayne Owens
      SSN: xxx–xx–3612   EIN: NA

Case Number:
**06–91228–BHL–7A**

   Amanda Sue Owens
      SSN: xxx–xx–6047   EIN: NA
   Debtor(s)

## NOTICE OF NO DISCHARGE

   NOTICE IS HEREBY GIVEN, pursuant to Rule 2002(f)(6) Fed.R.Bankr.P, of the waiver, denial, or revocation of discharge as provided in Rule 4006 Fed.R.Bankr.P.

   The above captioned case will be closed without entry of a discharge due to failure by the debtors to complete a course in personal financial management pursuant to Rule 1007(b)(7) Fed.R.Bankr.P.

Dated: December 05, 2006                          KEVIN P. DEMPSEY, CLERK
                                                                 U.S. BANKRUPTCY COURT