SO ORDERED: December 08, 2006.

_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
|    OWENS, CHRISTOPHER WAYNE) | |
| ) | NO.   06-91228 |
|    OWENS, AMANDA SUE  ) | |
|       Debtor(s)     ) | |
| ) | |

### ORDER

This matter came before this Court on the Motion of the Trustee to compel the Debtors to turn over documentation to the Trustee. This Court having reviewed the matter, and being sufficiently advised in the premises, does hereby GRANT the Motion.

IT IS THEREFORE ORDERED that the Debtors shall turn over a copy of the Fifth Third bank statement from the petition date to the Trustee, Kathryn L. Pry, Trustee for the Estate of Bennett, P.O. Box 6771, New Albany, IN 47151 within ten days.

###

**DISTRIBUTION**
Kathryn L. Pry, P.O. Box 6771, New Albany, IN 47151
Mark Zuckerberg, 333 N. Pennsylvania Ave.,#100, Indianapolis, IN  46204
U. S. Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN  46204