UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER WAYNE OWENS, and ) | CASE NO. 06-91228-BHL-7 |
| AMANDA SUE OWENS, ) | |
| ) | |
| Debtor(s) ) | |

**NOTICE OF DEBTOR-HUSBAND'S CHANGE OF ADDRESS**

Come now Debtors, by counsel, and notify the Court of the following change of address for Husband only:

**Debtor-Husband's New Address:**     **6650 E. St. Rd. 45**
                                                                **Bloomington, IN 47408**

Respectfully Submitted,


 /s/ Mark S. Zuckerberg
Mark S. Zuckerberg, 13815-49
333 N. Pennsylvania St., Ste. 100
Indianapolis, IN  46204

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served this 20th day of December, 2006 by electronic mail or by placing same in the U.S. Mail, First Class, postage prepaid upon the following:

U.S. Trustee

Chapter 7 Trustee

Christopher Owens
6650 E. St. Rd. 45
Bloomington, IN 47408

Amanda Owens
6470 E. St. Rd. 45
Bloomington, IN 47408

                                                                   /s/ Mark S. Zuckerberg
                                                                   Mark S. Zuckerberg, 13815-49
                                                                   333 N. Pennsylvania St., Ste. 100
                                                                   Indianapolis, IN  46204