UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: )<br> )<br>CHRISTOPHER WAYNE OWENS, and )<br>AMANDA SUE OWENS, )<br> )<br>       Debtor(s) ) | CASE NO. 06-91228-BHL-7 |

**NOTICE OF DEBTOR-WIFE'S CHANGE OF ADDRESS**

    Come now Debtors, by counsel, and notify the Court of the following change of address for Wife only:

    **Debtor-Wife's New Address:**     **6470 E. St. Rd. 45**
                                                                **Bloomington, IN 47408**

                                                                 Respectfully Submitted,

                                                                  /s/ Mark S. Zuckerberg
                                                              Mark S. Zuckerberg, 13815-49
                                                              333 N. Pennsylvania St., Ste. 100
                                                              Indianapolis, IN 46204

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served this 20th day of December, 2006 by electronic mail or by placing same in the U.S. Mail, First Class, postage prepaid upon the following:

U.S. Trustee

Chapter 7 Trustee

Christopher Owens
6650 E. St. Rd. 45
Bloomington, IN 47408

Amanda Owens
6470 E. St. Rd. 45
Bloomington, IN 47408

    /s/ Mark S. Zuckerberg
Mark S. Zuckerberg, 13815-49
333 N. Pennsylvania St., Ste. 100
Indianapolis, IN  46204