# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06-91228 BHL  
**Case Name:** OWENS, CHRISTOPHER WAYNE  
OWENS, AMANDA SUE  
**Period Ending:** 12/31/06

**Trustee:** (340300)  Kathryn L. Pry  
**Filed (f) or Converted (c):** 08/24/06 (f)  
**§341(a) Meeting Date:** 10/04/06  
**Claims Bar Date:** 02/15/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 89 Maddox Lane, Bedford | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 258.06 | 0.00 | | 0.00 | 258.06 |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Dodge Durango | 19,800.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 Dodge Ram | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 61" Scaq Lawn Mower | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Pro Rated Tax refunds (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 14 Assets | **Totals** (Excluding unknown values) | **$154,458.06** | **$0.00** | | **$0.00** | **$258.06** |

**Major Activities Affecting Case Closing:**

Debtors to turn over funds on deposit/ pro rated 2006 tax refunds to estate.

Printed: 01/23/2007 01:49 PM    V.9.02

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 06-91228 BHL | Trustee: | (340300) Kathryn L. Pry |
|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Filed (f) or Converted (c): | 08/24/06 (f) |
| | OWENS, AMANDA SUE | §341(a) Meeting Date: | 10/04/06 |
| Period Ending: | 12/31/06 | Claims Bar Date: | 02/15/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** July 31, 2007     **Current Projected Date Of Final Report (TFR):** July 31, 2007

Printed: 01/23/2007 01:49 PM     V.9.02