# UNITED STATES BANKRUPTCY COURT
# Southern District of Indiana – New Albany

In re:                                                                                       Case No. 06-91228

Christopher Wayne Owens                                                          Chapter 7
Amanda Sue Owens

                                               Debtor(s).

**REQUEST OF CREDITOR PURSUANT TO RULE 2002(g) PROVIDING PROPER AND EXCLUSIVE ADDRESS FOR SERVICE OF NOTICES AND PLEADINGS, AND NOTICE OF LIMITED ENGAGEMENT**

TO: Clerk of Court, United States Bankruptcy Court

This request is filed for the purpose of ensuring that HSBC Mortgage Services, a secured creditor, in connection with the above-referenced bankruptcy petition, receives all notices, pleadings, and copies of orders serving as notices to which such creditor is entitled pursuant to the Bankruptcy Code, Bankruptcy Rules, Local Rules and Orders of the Court.

Please take notice that Miller & Clark, is the agent of HSBC Mortgage Services for the limited purpose of filing a Proof of Claim.  Accordingly, Miller & Clark
is not, by virtue of this filing alone, authorized to receive notices on behalf of HSBC Mortgage Services.

Pursuant to Fed. R. Bank. P. 2002(g), all notices given or required to be given in this case and all papers served or required to be served in this case, shall be given to and served directly on HSBC Mortgage Services at the address set forth below:
    HSBC Mortgage Services
    P.O. BOX 21188
    EAGAN, MN 55121-4201

Please take further notice that the foregoing request includes not only the notices referred to in Fed. R. Bank. P. 2002, but also includes, without limitation, any orders, applications, motions, petitions, pleadings, requests, complaints or other papers which may affect or seek to affect in any way the procedural or equitable rights or interest of HSBC Mortgage Services.

Dated: 1/31/2007
HSBC Mortgage Services
By:     Miller & Clark, Agent for Creditor

        By: /s/ Gene R. Clark

## Proof of Service
## Case No. IN 06-91228

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Miller & Clark, 6 Executive Circle, Suite 100, Irvine, Ca 92614.

On 1/31/2007, I caused to be served the foregoing document(s) described as:

**REQUEST FOR NOTICE**

on the parties to this action:

** Please see attached service list **

by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

<u>X</u>   BY MAIL

I deposited such envelope(s) in the mail at Irvine, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and executed on 1/31/2007, at Irvine, California.

<u>/s/ Helen Leivan</u>
Helen Leivan

**Service List**

Case No. IN  06-91228
Request for Special Notice

**Debtor**

Christopher Wayne Owens
6470 E. St. Rd. 45
Bloomington, IN   47408

**Co-Debtor**

Amanda Sue Owens
6470 E. St. Rd. 45
Bloomington, IN   47408

**Debtor Attorney(s)**

Law Office of Mark S Zuckerberg, P.C.
Mark Zuckerberg
333 N Pennsylvania St Ste 100
Indianapolis, IN         46204

**Co-Debtor Attorney(s)**

Law Office of Mark S Zuckerberg, P.C.
Mark Zuckerberg
333 N Pennsylvania St Ste 100
Indianapolis, IN         46204

**Trustee**

Kathryn L Pry
P O Box 6771
New Albany, IN    47151