UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                        )
                                              )
CHRISTOPHER WAYNE OWENS and                   )    CASE NO. 06-91228-BHL-7
AMANDA SUE OWENS,                             )
                                              )
    Debtors.                              )


## NOTICE OF INTERVENTION AND APPEARANCE

Comes now Gary Lynn Hostetler, of Hostetler & Kowalik, P.C., and enters his appearance in the above-entitled bankruptcy proceeding on behalf of Christopher Wayne Owens, debtor herein, and moves to intervene generally on behalf of Christopher Wayne Ownes in said proceeding. The undersigned requests that he receive copies of all Applications, Motions, Notices and Orders at the following addresses:

Gary Lynn Hostetler
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street
Suite 2100
Indianapolis, IN  46204
(317) 262-1001


HOSTETLER & KOWALIK, P.C.


By_____/s/ Gary Lynn Hostetler_____
    Gary Lynn Hostetler