UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF07092 (rev 02/2006)

In Re:
   Christopher Wayne Owens
      SSN: xxx–xx–3612    EIN: NA

Case Number:
**06–91228–BHL–7A**

   Amanda Sue Owens
      SSN: xxx–xx–6047    EIN: NA
   Debtor(s)

## ORDER AND NOTICE OF AMENDMENT

   Order for relief under Chapter 7 of the U.S. Bankruptcy Code was entered on August 24, 2006.

   You were not listed by the Debtor as a creditor before the Notice of Filing, Meeting of Creditors and Fixing of Dates was sent, but the Debtor has since added you as a creditor. The 341 Meeting of Creditors was set for October 04, 2006 at 11:00 AM at Rm. 115 Federal Building, 121 W. Spring St., New Albany, IN 47150.

   **THE LAST DAY FOR ADDED CREDITOR(S) TO FILE CLAIMS** is February 15, 2007 or thirty (30) days from the date of this order, whichever is later.

   **THE LAST DAY FOR ADDED CREDITOR(S) TO FILE COMPLAINTS OBJECTING TO DISCHARGE** pursuant to Section 727 of the U.S. Bankruptcy Code AND **COMPLAINTS TO DETERMINE THE DISCHARGEABILITY OF CERTAIN DEBTS** specified under Section 523(a)(2),(4),(6), or (15) of the U.S. Bankruptcy Code is or thirty (30) days from the date of this Order, whichever is later. Any objections by added creditors to the Debtor's claim of exempt property (Schedule C), or any amendment thereto, may be filed within thirty (30) days after the conclusion of the meeting of creditors, any such amendment or the date of this Order, whichever is later.

   A continued meeting of creditors may be requested from the Trustee or the U.S. Trustee's Office.

Dated:  February 16, 2007

JUDGE BASIL H. LORCH III
U.S. BANKRUPTCY COURT