# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
|     OWENS, CHRISTOPHER WAYNE ) | |
| ) | NO.   06-91228-BHL-7A |
|     OWENS, AMANDA SUE ) | |
| ) | |
|     Debtor(s) ) | |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

Comes now the Trustee herein, Kathryn L. Pry, and applies to the Court for the payment of compensation and expenses. In support of this application, trustee states as follows:

The applicant is the trustee in the above cause of action. In administration of the estate, trustee has received $ 3046.59 . Trustee requests that she be allowed the statutory compensation of $761.65 and expenses of $ 26.58.

WHEREFORE, trustee respectfully requests the Court to allow the statutory fee of $ 761.65 and expenses of $ 26.58.

DATED:   August 17, 2007

/s/  Kathryn L. Pry, Trustee
P.O. Box 6771
New Albany, IN 47151
812-944-2646
kpry.trustee@insightbb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th  day of August, 2007, I mailed or e-filed a copy of the foregoing Application for Compensation and Expenses  via United States mail, postage prepaid to Mark Zuckerberg, 333 North Pennsylvania #100, Indianapolis, IN 46204, Gary Lynn Hostetler, 101 West Ohio, Suite 2100, Indianapolis, IN 46204 and to the U. S. Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN  46204.

/s/  Kathryn L. Pry, Trustee

**EXHIBIT 1**

**COMPUTATION OF TRUSTEE COMMISSION**

Total Receipts - $ 3046.59				25% of First $5000.00 - $761.65

                TOTAL COMMISSION		$ 761.65

**UNREIMBURSED EXPENSES**

| | |
|---|---|
| Long Distance Telephone Charges | $ 1.14 |
| Trustee Bond | $10.00 |
| Copies -40.00 @ .25 each | $10.00 |
| **Total Unreimbursed Expenses** | **$21.14** |

**ANTICIPATED EXPENSES**

| | |
|---|---|
| Postage | $ 2.44 |
| Copies 12 @ $ .25 each | $ 3.00 |
| **Total Anticipated Expenses** | **$ 5.44** |

                Total Expenses			$ 26.58