SO ORDERED: August 20, 2007.

_____
**Basil H. Lorch III
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

IN RE:                                             )
    OWENS, CHRISTOPHER WAYNE)
                                               )      NO.    06-91228-BHL-7A
    OWENS, AMANDA SUE          )
        Debtor(s)                        )
                                               )

### ORDER ON TRUSTEE'S COMPENSATION AND EXPENSES

This matter came before the Court on the Application of the Trustee for Compensation and Expenses.

This Court being duly advised in the premises, and finding that notice was given to all parties in interest and no objections have been filed, does now GRANT said Application.

IT IS THEREFORE ORDERED that the Trustee be allowed the statutory fee of $ 761.65, and expenses in the amount of $ 26.58.

###

DISTRIBUTION:

Trustee
U.S. Trustee
Debtor's Counsel