UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
New Albany Division

| | |
|---|---|
| IN RE: | \| |
| OWENS, CHRISTOPHER WAYNE | \| |
| OWENS, AMANDA SUE | \| |
| | \|   CASE NO. 06-91228 BHL 7A |
| | \| |
| Debtor(s) | \| |

## TRUSTEE'S FINAL REPORT AND DISTRIBUTION SUMMARY

Kathryn L. Pry, Trustee of the estate of the above-named Debtor, certifies to the Court and the United States Trustee, that the Trustee has faithfully and properly fulfilled the duties of the office of the Trustee, that the Trustee has examined all proofs of claims as appropriate under the Distribution Summary and that the Distribution Summary attached hereto is proper and consistent with the law and rules of Court.

Therefore, the Trustee requests that the Final Report and Distribution Summary be accepted.

**DATED:**           October 12, 2007                    /s/ Kathryn L. Pry, Trustee
                                                         **Kathryn L. Pry, Trustee**
                                                         P.O. Box 6771
                                                         New Albany, IN  47151
                                                         812-944-2646
                                                         kpry.trustee@insightbb.com

**DISTRIBUTION SUMMARY**

|  |  | Total Balance on Hand is | $3,046.59 |
|---|---|---|---|

1. **Administrative Expenses**

   a. Kathryn L. Pry - Trustee Fees          $    761.65

   b. Kathryn L. Pry - Trustee Expenses      $     26.58
                                             ))))))))))))
                                             $    788.23
                                                                ))))))))))))
                                                                $   2,258.36

2. **Chapter 11 Administrative Expenses**
                                             ))))))))))))
                                             $      0.00
                                                                ))))))))))))
                                                                $   2,258.36

3. **OWENS, CHRISTOPHER WAYNE**              $      0.00
   Exemption for entireties ownership of residential property
                                                                ))))))))))))
                                                                $   2,258.36

4. **Secured Claims**

| Claim No. | Claimant | Amt of Claim | Amt to be Paid |
|---|---|---|---|
| 2 | HSBC Mortgage Services<br>636 Grand Regency Blvd.<br>Brandon 33510- | $ 122,755.81 | $ 0.00 |
|  |  | )))))))))))) | )))))))))))) |
|  |  | $ 122,755.81 | $ 0.00 |

                                                                ))))))))))))
                                                                $   2,258.36

5. **Priority Claims**

| Claim No. | Claimant | Amt of Claim | Amt to be Paid |
|---|---|---|---|
|  |  | )))))))))))) | )))))))))))) |
|  |  | $ 0.00 | $ 0.00 |

                                                                ))))))))))))
                                                                $   2,258.36

6. **Unsecured Claims (Prorated at 8.18%)**

| Claim No. | Claimant | Amt of Claim | Amt to be Paid |
|---|---|---|---|
| 1 | IUCU<br>PO Box 368<br>Bloomington, IN  47402-0368 | $ 18,448.48 | $ 1,508.20 |

| | | | |
|---|---|---|---|
| 3 | Citibank ( South Dakota ) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | $   9,175.97 | $   750.16 |
| | | )))))))))))))<br>$   27,624.45 | )))))))))))))<br>$   2,258.36 |
| | | | )))))))))))<br>**BALANCE ON HAND   $   0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-91228 BHL | Trustee: | (340300) Kathryn L. Pry |
| --- | --- | --- | --- |
| Case Name: | OWENS, CHRISTOPHER WAYNE | Filed (f) or Converted (c): | 08/24/06 (f) |
| | OWENS, AMANDA SUE | §341(a) Meeting Date: | 10/04/06 |
| Period Ending: | 10/12/07 | Claims Bar Date: | 02/15/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 89 Maddox Lane, Bedford | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 258.06 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Dodge Durango | 19,800.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 Dodge Ram | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 61" Scaq Lawn Mower | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Pro Rated Tax refunds  (u) | 0.00 | Unknown | | 3,042.00 | Unknown |
| Int | INTEREST  (u) | Unknown | N/A | | 4.59 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | $154,458.06 | $0.00 | | $3,046.59 | $0.00 |

Printed: 10/12/2007 12:35 PM    V.9.55

Page: 2

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-91228 BHL
**Case Name:** OWENS, CHRISTOPHER WAYNE
OWENS, AMANDA SUE
**Period Ending:** 10/12/07

**Trustee:** (340300)   Kathryn L. Pry
**Filed (f) or Converted (c):** 08/24/06 (f)
**§341(a) Meeting Date:** 10/04/06
**Claims Bar Date:** 02/15/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**
   Debtors to turn over funds on deposit/ pro rated 2006 tax refunds to estate.

**Initial Projected Date Of Final Report (TFR):** July 31, 2007         **Current Projected Date Of Final Report (TFR):** July 31, 2007

Printed: 10/12/2007 12:35 PM    V.9.55

Case 06-91228-BHL-7A    Doc 58    Filed 11/19/07    EOD 11/19/07 16:57:39    Pg 6 of 8

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-91228 BHL | | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OWENS, AMANDA SUE | | Account: | ***-*****92-65 - Money Market Account |
| Taxpayer ID #: | 13-7567666 | | Blanket Bond: | $65,678,517.00  (per case limit) |
| Period Ending: | 10/12/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/22/07 | {14} | United States Treasury | tax refund | 1224-000 | 3,042.00 | | 3,042.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.43 | | 3,042.43 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.57 | | 3,044.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.73 | | 3,045.73 |
| 08/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.86 | | 3,046.59 |
| 08/17/07 | | To Account #********9266 | transfer to close out case | 9999-000 | | 3,046.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,046.59** | **3,046.59** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 3,046.59 | |
| | | | **Subtotal** | | **3,046.59** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,046.59** | **$0.00** | |

{} Asset reference(s)

Printed: 10/12/2007 12:35 PM    V.9.55

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-91228 BHL | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OWENS, AMANDA SUE | Account: | ***-*****92-66 - Checking Account |
| Taxpayer ID #: | 13-7567666 | Blanket Bond: | $65,678,517.00   (per case limit) |
| Period Ending: | 10/12/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/07 | | From Account #********9265 | transfer to close out case | 9999-000 | 3,046.59 | | 3,046.59 |
| | | | **ACCOUNT TOTALS** | | 3,046.59 | 0.00 | $3,046.59 |
| | | | Less: Bank Transfers | | 3,046.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****92-65** | 3,046.59 | 0.00 | 0.00 |
| **Checking # ***-*****92-66** | 0.00 | 0.00 | 3,046.59 |
| | $3,046.59 | $0.00 | $3,046.59 |

{} Asset reference(s)   Printed: 10/12/2007 12:35 PM   V.9.55

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
New Albany Division

IN RE:
OWENS, CHRISTOPHER WAYNE
OWENS, AMANDA SUE

CASE NO. 06-91228 BHL 7A

Debtor(s)

### NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

NOTICE IS HEREBY GIVEN that the Trustee has filed a Final Report.

**Part A: Summary of Final Report**

The Trustee's Final Report shows:

| | |
|---|---:|
| Total Receipts of: | $ 3,046.59 |
| and Total Disbursements of: | $ 0.00 |
| for a Total Balance on Hand of: | $ 3,046.59 |

The original document is on file with the Clerk's Office and is available for inspection upon request.

**DATE:**

**Clerk, U.S. Bankruptcy Court**

**cc:** All Creditors and Other Parties in Interest