Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-91228 BHL  
**Case Name:** OWENS, CHRISTOPHER WAYNE  
OWENS, AMANDA SUE  
**Period Ending:** 12/31/07

**Trustee:** (340300)   Kathryn L. Pry  
**Filed (f) or Converted (c):** 08/24/06 (f)  
**§341(a) Meeting Date:** 10/04/06  
**Claims Bar Date:** 02/15/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 89 Maddox Lane, Bedford | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 258.06 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Dodge Durango | 19,800.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 Dodge Ram | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 61" Scaq Lawn Mower | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Pro Rated Tax refunds  (u) | 0.00 | Unknown | | 3,042.00 | Unknown |
| Int | INTEREST  (u) | Unknown | N/A | | 4.59 | FA |
| 15 | Assets    Totals (Excluding unknown values) | **$154,458.06** | **$0.00** | | **$3,046.59** | **$0.00** |

Printed: 01/24/2008 03:57 PM    V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 06-91228 BHL | Trustee: | (340300) Kathryn L. Pry |
|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Filed (f) or Converted (c): | 08/24/06 (f) |
| | OWENS, AMANDA SUE | §341(a) Meeting Date: | 10/04/06 |
| Period Ending: | 12/31/07 | Claims Bar Date: | 02/15/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Debtors to turn over funds on deposit/ pro rated 2006 tax refunds to estate.

**Initial Projected Date Of Final Report (TFR):** July 31, 2007     **Current Projected Date Of Final Report (TFR):** November 19, 2007 (Actual)

Printed: 01/24/2008 03:57 PM     V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-91228 BHL | | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OWENS, AMANDA SUE | | Account: | ***-*****92-65 - Money Market Account |
| Taxpayer ID #: | 13-7567666 | | Blanket Bond: | $73,815,849.94   (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/22/07 | {14} | United States Treasury | tax refund | 1224-000 | 3,042.00 | | 3,042.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.43 | | 3,042.43 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.57 | | 3,044.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.73 | | 3,045.73 |
| 08/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.86 | | 3,046.59 |
| 08/17/07 | | To Account #********9266 | transfer to close out case | 9999-000 | | 3,046.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,046.59 | 3,046.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,046.59 | |
| | | | **Subtotal** | | 3,046.59 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,046.59** | **$0.00** | |

{} Asset reference(s)

Printed: 01/24/2008 03:57 PM    V.10.03

Case 06-91228-BHL-7A   Doc 61   Filed 01/24/08   EOD 01/24/08 18:44:24   Pg 4 of 5

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-91228 BHL | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OWENS, AMANDA SUE | Account: | ***-*****92-66 - Checking Account |
| Taxpayer ID #: | 13-7567666 | Blanket Bond: | $73,815,849.94  (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/07 | | From Account #********9265 | transfer to close out case | 9999-000 | 3,046.59 | | 3,046.59 |
| 11/19/07 | 101 | IUCU | Dividend paid  8.17% on $18,448.48; Claim# 1; Filed: $18,448.48; Reference: 1624 | 7100-000 | | 1,508.20 | 1,538.39 |
| 11/19/07 | 102 | Citibank ( South Dakota ) N.A. | Dividend paid  8.17% on $9,175.97; Claim# 3; Filed: $9,175.97; Reference: 4650 | 7100-000 | | 750.16 | 788.23 |
| 11/19/07 | 103 | Kathryn L. Pry | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 788.23 | 0.00 |
| | | | Dividend paid 100.00%      761.65<br>on $761.65;  Claim# ;<br>Filed: $761.65 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      26.58<br>on $26.58;  Claim# ;<br>Filed: $26.58 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,046.59** | **3,046.59** | **$0.00** |
| | | | Less: Bank Transfers | | 3,046.59 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **3,046.59** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,046.59** | |

{} Asset reference(s)

Printed: 01/24/2008 03:57 PM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-91228 BHL | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OWENS, AMANDA SUE | Account: | ***-*****92-66 - Checking Account |
| Taxpayer ID #: | 13-7567666 | Blanket Bond: | $73,815,849.94   (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****92-65 | 3,046.59 | 0.00 | 0.00 |
| Checking # ***-*****92-66 | 0.00 | 3,046.59 | 0.00 |
| | $3,046.59 | $3,046.59 | $0.00 |

{} Asset reference(s)

Printed: 01/24/2008 03:57 PM    V.10.03