# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

IN RE:                                                    )
    OWENS, CHRISTOPHER WAYNE )
                                                          )          NO:     06-91228
    OWENS, AMANDA SUE              )
                                                          )

## TRUSTEE'S WITHDRAWAL OF FINAL ACCOUNT

Comes now the Interim Trustee herein, Kathryn L. Pry, and withdraws the previously filed Final Account.  In support of this Withdrawal, Trustee states that some additional issues have arisen which may have an effect on this Account.

Respectfully submitted,

/s/  Kathryn L. Pry,  Trustee
P.O. Box 6771
New Albany, IN  47151
812-944-2646
kpry.trustee@insightbb.com

**CERTIFICATE OF MAILING**

    I hereby certify that on the 25th  day of January, 2008, I mailed or e-filed a copy of the foregoing pleading Mark Zuckerberg, 333 N. Pennsylvania Ave.,#100, Indianapolis, IN  46204, Gary Hostetler, 101 West Ohio Street, Suite 2100, Indianapolis, IN 46204-4211  and to the United States Trustee, 101 West Ohio Street, Suite 1000, Indianapolis, IN  46204.

/s/  Kathryn L. Pry,  Trustee