UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
New Albany Division

| | |
|---|---|
| IN RE: | \| |
| OWENS, CHRISTOPHER WAYNE | \| |
| OWENS, AMANDA SUE | \| |
| | \|   CASE NO. 06-91228 BHL-7A |
| | \| |
| Debtor(s) | \| |

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION FOR CLOSING AND DISCHARGE

    Kathryn L. Pry, Trustee of the estate of the above-named Debtor, certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

    Therefore, pursuant to FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

**DATED:** August 9, 2008            /s/ Kathryn L. Pry, Trustee

**Kathryn L. Pry, Trustee**
P.O. Box 6771
New Albany, IN  47151
812-944-2646
kpry.trustee@insightbb.com

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-91228 BHL | **Trustee:** Kathryn L. Pry (340300) |
| **Case Name:** OWENS, CHRISTOPHER WAYNE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| OWENS, AMANDA SUE | **Account:** ***-*****92-65 - Money Market Account |
| **Taxpayer ID #:** 13-7567666 | **Blanket Bond:** $73,815,849.94  (per case limit) |
| **Period Ending:** 08/09/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/07 | {14} | United States Treasury | tax refund | 1224-000 | 3,042.00 | | 3,042.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.43 | | 3,042.43 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.57 | | 3,044.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.73 | | 3,045.73 |
| 08/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.86 | | 3,046.59 |
| 08/17/07 | | To Account #********9266 | transfer to close out case | 9999-000 | | 3,046.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,046.59 | 3,046.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,046.59 | |
| | | | **Subtotal** | | 3,046.59 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,046.59** | **$0.00** | |

{} Asset reference(s)

Printed: 08/09/2008 07:51 AM   V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-91228 BHL | | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OWENS, AMANDA SUE | | Account: | ***-*****92-66 - Checking Account |
| Taxpayer ID #: | 13-7567666 | | Blanket Bond: | $73,815,849.94   (per case limit) |
| Period Ending: | 08/09/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/07 | | From Account #********9265 | transfer to close out case | 9999-000 | 3,046.59 | | 3,046.59 |
| 11/19/07 | 101 | IUCU | Dividend paid   8.17% on $18,448.48; Claim# 1; Filed: $18,448.48; Reference: 1624 | 7100-000 | | 1,508.20 | 1,538.39 |
| 11/19/07 | 102 | Citibank ( South Dakota ) N.A. | Dividend paid   8.17% on $9,175.97; Claim# 3; Filed: $9,175.97; Reference: 4650 | 7100-000 | | 750.16 | 788.23 |
| 11/19/07 | 103 | Kathryn L. Pry | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 788.23 | 0.00 |
| | | | Dividend paid 100.00%    761.65<br>on $761.65;  Claim# ;<br>Filed: $761.65 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    26.58<br>on $26.58;  Claim# ;<br>Filed: $26.58 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 3,046.59 | 3,046.59 | $0.00
| Less: Bank Transfers | 3,046.59 | 0.00 |
| **Subtotal** | 0.00 | 3,046.59 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$3,046.59** |

{} Asset reference(s)

Printed: 08/09/2008 07:51 AM    V.10.54

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-91228 BHL | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | OWENS, AMANDA SUE | Account: | ***-*****92-67 - Checking Account |
| Taxpayer ID #: | 13-7567666 | Blanket Bond: | $73,815,849.94 (per case limit) |
| Period Ending: | 08/09/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/08 |  | I.U. Credit Union | return over overpayment of funds | 7100-000 |  | -474.25 | 474.25 |
| 03/10/08 |  | Kathryn L. Pry | refund of overpayment of fees | 2100-000 |  | -235.96 | 710.21 |
| 03/10/08 |  | Citibank ( South Dakota ) N.A. | refund of overpayment of claim | 7100-000 |  | -233.59 | 943.80 |
| 03/20/08 | 101 | Christopher Owens and Amanda Owens | repayment of debtors non estate portion of the tax refunds | 8500-002 |  | 943.80 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 0.00 | 0.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$0.00** |  |

{} Asset reference(s)  Printed: 08/09/2008 07:51 AM  V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-91228 BHL | Trustee: | Kathryn L. Pry (340300) |
|---|---|---|---|
| Case Name: | OWENS, CHRISTOPHER WAYNE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OWENS, AMANDA SUE | Account: | ***-*****92-68 - Checking Account |
| Taxpayer ID #: | 13-7567666 | Blanket Bond: | $73,815,849.94 (per case limit) |
| Period Ending: | 08/09/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****92-65 | 3,046.59 | 0.00 | 0.00 |
| Checking # ***-*****92-66 | 0.00 | 3,046.59 | 0.00 |
| Checking # ***-*****92-67 | 0.00 | 0.00 | 0.00 |
| Checking # ***-*****92-68 | 0.00 | 0.00 | 0.00 |
| | **$3,046.59** | **$3,046.59** | **$0.00** |

{} Asset reference(s)

Printed: 08/09/2008 07:51 AM    V.10.54

**PART A**  **FORM 4 - Distribution Report for Closed Asset Cases**  Version 3

Case No. : 06-91228 BHL    Date Submitted: 08/09/08
Case Name : OWENS, CHRISTOPHER WAYNE    Trustee Name : Kathryn L. Pry
Date Filed/Converted to Ch. 7 : 08/24/06

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| **GROSS RECEIPTS** | $3,046.59 | 100.00% |
| Less: Funds Paid to Debtor: |  |  |
|     Exemptions | 0.00 | 0.00% |
|     Excess Funds | 0.00 | 0.00% |
|     Funds Paid to 3rd Parties | 943.80 | 30.98% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$2,102.79** | **69.02%** |

| SECURED CLAIMS: | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
|     Real Estate | $0.00 | $0.00 | 0.00% |
|     Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
|     Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
|     Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: |  |  |  |
|     Trustee Fees | $761.65 | $525.69 | 17.26% |
|     Trustee Expenses | 26.58 | 26.58 | 0.87% |
|     Legal Fees & Expenses: |  |  |  |
|         Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|         Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|         Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|         Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Accounting Fees & Expenses: |  |  |  |
|         Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|         Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|         Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|         Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|     Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|     Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|     Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
|     Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|     Other Expenses | 0.00 | 0.00 | 0.00% |
|     Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|     Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
|     U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|     Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $788.23 | $552.27 | 18.13% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)**    (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS 507(a)(1)(A) & (B) | 0.00 | 0.00 | 0.00% |
| WAGES 507(a)(4) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(5) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(3), (6), (7), (9) & (10) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(1)(A) & (B), to 507(a)(3), to 507(a)(10)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $27,624.45 | $1,550.52 | 50.89% |
| **TOTAL DISBURSEMENTS** | **$28,412.68** | **$2,102.79** | **69.02%** |

**PART B**  **FORM 4 - Distribution Report for Closed Asset Cases**  Version 3

**Case No.** : 06-91228 BHL  **Date Submitted:** 08/09/08
**Case Name :** OWENS, CHRISTOPHER WAYNE  **Trustee Name :** Kathryn L. Pry
**Date Filed/Converted to Ch. 7 :** 08/24/06

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |