UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00350 (rev 10/2008)

In Re:
   Christopher Wayne Owens
      SSN: xxx−xx−3612    EIN: NA

   Amanda Sue Owens
      SSN: xxx−xx−6047    EIN: NA
Debtor(s)

Case Number:
**06−91228−BHL−7A**

## FINAL DECREE

The estate of the above−named debtors has been fully administered.

IT IS THEREFORE ORDERED that Kathryn L Pry is discharged as trustee of the estate.

Dated:  February 18, 2009

JUDGE BASIL H. LORCH III
U.S. BANKRUPTCY COURT